[Nos. 49418-0-I; 49485-6-I.   Division One.   June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LITTON ROUTE, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 01-1-04116-5 and 01-1-02113-0, Michael J. Fox, J., entered October 19 and 25, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Appelwick, JJ.

[No. 49576-3-I.   Division One.   June 2, 2003.]

CATHERINE TORTES, *Appellant*, v. KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-29781-5, Suzanne M. Barnett, J., entered November 2, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Appelwick, JJ. Now published in part at 119 Wn. App. 1.

[No. 49694-8-I.   Division One.   June 2, 2003.]

WADE PETTIGREW, ET AL., *Respondents*, v. LISA MCCONNELL, *Petitioner*.

Appeal from judgments of the Superior Court for Whatcom County, No. 00-2-02187-5, Steven J. Mura, J., entered November 6 and 16, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

[No. 49889-4-I.   Division One.   June 2, 2003.]

JOYCE HERMAN, ET AL., *Respondents*, v. LEW ESTABROOK, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-50284-1, Glenna Hall, J., entered December 21, 2001. *Affirmed* by unpublished per curiam opinion.